667 A.2d 1043

IN THE MATTER OF FREDERICK K. BREWINGTON,
AN ATTORNEY AT LAW.

December 8, 1995.

## ORDER

The matter having been presented to the Court pursuant to *Rule* 1:20–10(b) following a motion for discipline by consent of **FREDERICK K. BREWINGTON**, of **NEW YORK, NEW YORK**, who was admitted to the bar of this State in 1986;

And the Committee on Attorney Advertising and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent failed to maintain a *bona fide* office and trust and business accounts in New Jersey while acting as the attorney for the plaintiff in a matter captioned *John A. Lockette v. Carl Buck and Rutgers University;*

And the parties having agreed that respondent's violation of *Rule* 1:21–1 and *Rule* 1:21–6 warrants a reprimand;

And the Disciplinary Review Board having reviewed the record pursuant to *Rule* 1:30–(b)(3) to determine the appropriate measure of discipline for respondent's misconduct;

And the Disciplinary Review Board having determined that a reprimand is the appropriate sanction for respondent's violation of *RPC* 5.5(a) and *RPC* 1.15(d);

And the Disciplinary Review Board having granted the motion for discipline by consent;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **FREDERICK K. BREWINGTON** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate costs incurred in the prosecution of this matter.